*Thursday, September 4, 1997*

## MOTION DOCKET

**97–1785. State ex rel. Sinay v. Sodders.**
Montgomery App. No. 16704. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to expedite briefing schedule,

IT IS ORDERED by the court that the motion to expedite briefing schedule be, and hereby is,

denied.

LUNDBERG STRATTON, J., dissents.